# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0532
LT Case No. 2022-CA-2476

_____

JAMES DOUG MCCRAY,

    Appellant,

    v.

FLORIDA COMMISSION ON
OFFENDER REVIEW AND
DEPARTMENT OF CORRECTIONS,

    Appellees.

_____

On appeal from the Circuit Court for Marion County.
Gary L. Sanders, Judge.

James Doug McCray, Lowell, pro se.

Alex Arthur Christiano, Assistant General Counsel, of Florida Commission on Offender Review, Tallahassee, for Appellee, Florida Commission on Offender Review.

No Appearance for Appellee, Department of Corrections.

October 24, 2023

PER CURIAM.

    AFFIRMED.

JAY, SOUD, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————